Ronald Wilcox, Attorney #176601
1900 The Alameda, Suite 530
San Jose, CA 95126
(408) 296-0400

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:     Ashorina Medina               Chapter 13
                                         Case No. 09-60557 ASW

                                         REQUEST FOR DEFAULT ORDER RE
                                         MOTION TO MODIFY CHAPTER 13 PLAN

Debtor(s)_____/

    The undersigned declares:

1.    I am the attorney for the Debtor(s) in the above action.

2.    Debtor(s) filed a Motion to Modify Chapter 13 Plan on 12/06/2012.

3.    Copies of the MOTION TO MODIFY CHAPTER 13 PLAN and NOTICE OF OPPORTUNITY FOR HEARING have been served on all parties entitled to service by regular mail. Other parties who accept electronic notice, including the Chapter 13 Trustee, have received such notice.

4.    If the proposed modification will reduce prospective plan payments, amended Schedules I and J, and a declaration by the Debtor explaining the changed circumstances, were filed on N/A.

5.    Debtor(s) request that an Order modifying the Chapter 13 plan as proposed in said Motion be granted. The undersigned declares that his office has not received a request for a hearing within the time provided.

    I, the undersigned, declare, under penalty of perjury, that the foregoing is true and correct.

Dated: 1/02/2013                      /s/ Ronald Wilcox
                                            Attorney for Debtor(s)