

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

IT IS SO ORDERED.
Signed January 15, 2013



Arthur S. Weissbrodt
U.S. Bankruptcy

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| ASHORINA MEDINA | Case No. 09-60557 ASW |
| | **ORDER CONFIRMING MODIFIED CHAPTER 13 PLAN** |
| Debtor | |

Upon consideration of Debtor's AMENDED APPLICATION/MOTION TO MODIFY CHAPTER 13 PLAN filed with the court on December 06, 2012, and good cause appearing therefore;

IT IS ORDERED that the modified plan filed on December 06, 2012 is confirmed.

* * * END OF ORDER * * *

The Chapter 13 Trustee has reviewed the Application or Motion to Modify Chapter 13 Plan and if applicable, the Amended Schedules I and J, and has no opposition thereto.

Dated: January 10, 2013    /s/ DEVIN DERHAM-BURK
                           (FG    )

# COURT SERVICE LIST

Case Name:    ASHORINA MEDINA                                    Case No.:  09-60557 ASW

Registered ECF Participants will receive an electronically mailed copy of the foregoing document.

Non-registered parties, and/or those not represented by a registered ECF participant:

NONE

09-60557 ASW - Order Confirming Modified Plan