# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−5 | User: lubarron | Date Created: 1/15/2013 |
| Case: 09−60557 | Form ID: pdfeo | Total: 4 |

**Recipients of Notice of Electronic Filing:**
ust     Office of the U.S. Trustee / SJ     USTPRegion17.SJ.ECF@usdoj.gov
tr     Devin Derham−Burk     ctdocs@ch13sj.com
aty     Ronald Wilcox     ronaldwilcox@post.harvard.edu

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Ashorina Medina     695 West Valley Dr. #3     Campbell, CA 95008

TOTAL: 1